JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. GODINE, | NO. CV 16-2534-ODW (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| WARREN MONTGOMERY, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 11, 2019

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE